## Commonwealth *v.* Crawford, Appellant.

Submitted December 7, 1973. *Ricardo C. Jackson*, for appellant; *James T. Ranney* and *David Richman*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.